Dorothy Sebring, Respondent, v. Joseph Figlow, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in

an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.